

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MATTHEW FLOREZ and LEXUS BROWN, | § | No. 08-19-00302-CV |
| Appellants, | § | Appeal from the |
| | § | 143rd District Court |
| v. | § | |
| PASCUAL Q. OLIBAS, | § | of Reeves County, Texas |
| Appellee. | § | (TC# 19-07-23056-CVR) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the part of the trial court's order overruling Appellants' motion to dismiss pursuant to the TCPA. We render judgment dismissing Appellee's Rule 202 petition under the TCPA.

**IT IS FURTHER ORDERED** that we remand to the trial court for further proceedings consistent with this opinion. We further order that Appellants recover from Appellee and his sureties, if any, *see* TEX. R. APP. P. 43.5. for performance on the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox and Alley, JJ.
Palafox, J., Dissenting
Alley, J., Concurring